

IN THE
TENTH COURT OF APPEALS

No. 10-13-00090-CV

IN RE CHRISTOPHER ANTWON BLACKWELL

Original Proceeding

## MEMORANDUM OPINION

Christopher Antwon Blackwell, a state jail inmate, seeks a mandamus to compel the Honorable Gary R. Coley, of the 74th District Court to rule on the merits of Blackwell's petition for expunction. Blackwell's petition was allegedly dismissed without prejudice. There are numerous procedural problems with this petition including, but not limited to, that the petition does not comply with Chapter 14 of the Texas Civil Practice and Remedies Code, the petition was not served on the real party in interest, the State, and there is no record containing the documents on which the requested relief is based or certification as required. TEX. CIV. PRAC. & REM. CODE ANN. § 14.001 et. seq (West 2002 & Supp. 2012); TEX. R. APP. P. 9.5; 52.2; 52.3(j),(k); 52.7.

However, to expedite a decision in this proceeding, we use Rule 2 to suspend the rules and overlook these and other deficiencies and deny the petition. *See* TEX. R. APP. P. 2.

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208 (West Supp. 2012); § 51.941(a) (West 2005). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
          Justice Davis, and
          Justice Scoggins
Petition denied
Opinion delivered and filed March 28, 2013
[OT06]